MICHELE BECKWITH
Acting United States Attorney
ADRIAN KINSELLA
R. ALEX CARDENAS
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Feb 24, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

　　　　　Plaintiff,

　v.

LEO ALPHONZO ALONSO-MEDINA,

　　　　　Defendant.

CASE NO. 2:25-mj-0038 JDP

**UNDER SEAL**

SEALING ORDER

**S E A L I N G   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: February 24, 2025

Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE